IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| CYDRIC R. HARRIS<br>PAMELA R. HARRIS,<br><br>    Appellants,<br><br>vs<br><br>JOSEPH A. BLEDSOE, III<br><br>    Appellee. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:15-cv-00002-FL |

**ORDER GRANTING MOTION TO DISMISS APPEAL**

This matter coming before the Court on the Motion to Dismiss Appeal filed May 28, 2015, by Appellants Cydric R. Harris and Pamela R. Harris, pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure; and

This Court finds that the Motion to Dismiss Appeal should be granted in light of the recent decision by the Supreme Court of the United States in *Bullard v. Blue Hills Bank*, 135 S. Ct. 1686 (2015).

NOW, THEREFORE, IT IS HEREBY ORDERED that the Appeal is dismissed, and the parties shall bear their own costs.

So ordered this  24th   day of June, 2015.

_____
LOUISE W. FLANAGAN
U.S. DISTRICT COURT JUDGE